[No. 25472-3-I.  Division One.  April 22, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DORAL
WAYNE MOORE, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 89-1-00768-6, John F. Wilson, J.,
entered January 12, 1990. *Reversed* by unpublished opinion
per Baker, J., concurred in by Forrest and Agid, JJ.

[Nos.  24654-2-I; 24751-4-I;  Division One.        April 22, 1991.]
       24752-2-I.

CLINTON W. BILLINGS, ET AL, *Appellants,* v. THE COUNTY
OF SKAGIT, ET AL, *Respondents.*

Appeals from a judgment of the Superior Court for
Skagit County, No. 86-2-00492-3, Gilbert E. Mullen, J.,
entered July 17, 1989. *Affirmed* by unpublished opinion per
Britt, J. Pro Tem., concurred in by Webster, A.C.J., and
Baker, J.

[No. 26457-5-I.  Division One.  April 22, 1991.]

HERBERT L. RECTOR, *Respondent,* v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89-2-21993-0, Dale B. Ramerman, J., entered
June 8, 1990. *Reversed* by unpublished opinion per Cole-
man, J., concurred in by Forrest and Baker, JJ. Now pub-
lished at 61 Wn. App. 385.